ANDRÉA L. VIEIRA, ESQ.
Nevada Bar No. 15667
THE VIEIRA FIRM
601 S. 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 820-5853
Facsimile: (702) 820-5836
Andrea@TheVieiraFirm.com
*Pro Bono Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE CHRISTINE FOLLOWILL,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES DANIELS, TERRY DAY, SUSAN GILKERSON, DR. MICHAEL MINEV, HELEN (PETERSON) MUNOZ, GABRIELA NAJERA, ANTHONY SALVAGE,<br><br>Defendants. | **CASE NO.**: 2:21-cv-00283-RFB-BNW |

## STIPULATION TO EXTEND DISCOVERY
### (First Request)

Plaintiff and Defendants through their undersigned counsel of record hereby respectfully submit the following stipulation to extend the discovery deadlines from the Court's Scheduling Order.[1]

**I.    DISCOVERY COMPLETED**

No FRCP 26(f) conference was held as Plaintiff was proceeding in proper person. The parties have served disclosures pursuant to FRCP 26, as follows:

    A.    Plaintiff's Disclosures:

        1.    Initial Disclosures: May 30, 2023

---

[1] ECF No. 41.

1

B. Defendant's Disclosures:

1. Initial Disclosures: May 17, 2023

No other discovery has been completed.

## II. DISCOVERY THAT REMAINS TO BE COMPLETED

1. Written Discovery
2. Depositions of the parties
3. Depositions of NDOC's FRCP 30(b)(6) witnesses
4. Depositions of percipient witnesses
5. Expert discovery, including expert disclosures and depositions
6. Subpoenas to third parties for records and information

## III. REASONS THE REMAINING DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN

This is a 42 U.S.C. § 1983 in the Court's Federal Pro Bono Program. Counsel for Plaintiff entered an appearance on May 3, 2023.[2] After counsel's appearance, Plaintiff was released from NDOC detention on or about June 23, 2023. Plaintiff's counsel has been unable to communicate with Plaintiff since Plaintiff's release to discuss her case.

Prior to Plaintiff's counsel's appointment under the Federal Pro Bono Program, Plaintiff in proper person filed a Motion to Stay Case on March 24, 2023.[3] Defendants filed a Notice of Non-Opposition on March 28, 2023.[4] Upon information and belief, no decision was entered on Plaintiff's motion.

Due to counsel's inability to communicate with Plaintiff and the limited time between counsel's appearance and the impending discovery deadline, the parties have not commenced meaningful discovery.

Discovery will require gathering numerous institutional records as well as

---

[2] ECF No. 45
[3] ECF No. 43
[4] ECF No. 44

2

information regarding the Defendants' personal participation in the events alleged to have violated Plaintiff's constitutional rights, and third-party discovery directed at the Nevada Department of Corrections, the Inspector General's office, and percipient witnesses.

The parties will need sufficient time to obtain, review, and analyze these records, and to take the depositions of several witnesses, including plaintiff, defendants, and ultimately, the parties' expert witnesses.

The parties respectfully submit that this revised discovery plan is an efficient and realistic schedule for completing the significant amount of discovery contemplated in this case.

## IV. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

The parties jointly propose the following discovery plan:

|  |  | **Current Date** | **Proposed Date** |
|---|---|---|---|
| Discovery Deadline: | | September 21, 2023 | March 19, 2024 |
| Deadline to Move to Amend Pleadings:[5] | | May 21, 2023 | November 17, 2023 |
| Expert Disclosures: | | | |
| i. | Initial disclosure:[6] | N/A | January 19, 2024 |
| ii. | Rebuttal disclosure:[7] | N/A | February 19, 2024 |
| Dispositive Motions:[8] | | October 21, 2023 | April 18, 2024 |
| Joint Pre-Trial Order:[9] | | November 21, 2023 | May 20, 2024 |
| Deadline to File Discovery Motions: | | October 6, 2023 | April 3, 2024 |

---

[5] 90 days before discovery deadline
[6] 60 days before discovery deadline
[7] 30 days after initial disclosures
[8] 30 days after discovery deadline
[9] 30 days after dispositive motions or 30 days following the entry of the Court's ruling on a dispositive motion

3

The parties anticipate that, pending any unforeseen circumstances outside the parties' control, the above extension of the current discovery deadlines should allow the parties to conduct and complete the outstanding discovery.

This first request for an extension of the current discovery deadlines is made by the parties in good faith and not for the purpose of delay.

DATED: September 9, 2023.

**THE VIEIRA FIRM**

By: /s/ *Andréa L. Vieira*
ANDRÉA L. VIEIRA, ESQ.
Nevada Bar No. 15667
601 S. 7th Street
Las Vegas, Nevada 89101
*Pro Bono Attorney for Plaintiff*

DATED: September 9, 2023.

**OFFICE OF THE ATTORNEY GENERAL**

By: /s/ *Victoria C. Corey*
VICTORIA C. COREY, ESQ.
Nevada Bar No. 16364C
Deputy Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
*Attorney for Defendants*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 9/12/2023