UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Nicole Christine Followill,<br><br>　　　　　　　　　Plaintiff<br><br>　v.<br><br>B. Williams, *et al.*,<br><br>　　　　　　　　　Defendants | Case No. 2:21-cv-00283-RFB-BNW<br><br>ORDER |

　　　Local Rule IA 3-1 requires a *pro se* party to immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. LR IA 3-1. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file her updated address with this Court. Failure to comply with this rule may result in sanctions as deemed appropriate by the court." *Id.*

　　　**IT IS ORDERED** that Plaintiff will file her updated address with the Court by May 2, 2024. Failure to comply with this order may result in the dismissal of this case.

　　　DATED: April 2, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE