AARON D. FORD
  Attorney General
VICTORIA C. COREY (Bar No. 16364)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-9245 (phone)
(702) 486-3768 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Defendants
Charles Daniels, Terry Day,
Susan Gilkerson, Dr. Michael Minev,
Helen (Peterson) Munoz, Gabriela Najera and
Anthony Salvage*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE CHRISTINE FOLLOWILL,<br><br>Plaintiff,<br><br>v.<br><br>B. WILLIAMS, *et al.*,<br><br>Defendants. | Case No. 2:21-cv-00283-RFB-BNW<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Nicole Christine Followill, by and through counsel, Andrea Vieira, Esq., under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///

1  The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 23rd day of January 2025.    DATED this 23rd day of January 2025.
AARON D. FORD
Attorney General

/s/ Andrea Vieira    /s/ Victoria C. Corey
ANDREA VIEIRA, (Bar No. 11479)    Victoria C. Corey, (Bar No. 16364)
*Attorney for Plaintiff*    *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED _____Janurary 24_____, 2025.

_____
UNITED STATES DISTRICT JUDGE